Jessie James YARBER, Appellant,

v.

The STATE of Texas, Appellee.

No. 28210.

Court of Criminal Appeals of Texas.

March 28, 1956.

No attorney on appeal for appellant.

Dan Walton, Dist. Atty., Eugene Brady and Thomas D. White, Asst. Dist. Attys., Houston, Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is felony theft, with three prior convictions of felonies less than capital alleged to enhance the punishment; the punishment, life.

The record on appeal contains no statement of facts or bills of exception. All of the proceedings appear regular, and nothing is presented for review.

The judgment is affirmed.

Lynn Dale BEASLEY, Appellant,

v.

The STATE of Texas, Appellee.

No. 28197.

Court of Criminal Appeals of Texas.

March 28, 1956.

No attorney on appeal for appellant.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The offense is negligent homicide; the punishment, one year in jail and a fine of $250.

The record on appeal contains no statement of facts or bills of exception. All the proceedings appear regular, and nothing is presented for review.

The judgment is affirmed.